ESE FUNDING SPC LTD., Appellant, v MORGAN STANLEY et al., Respondents. [891 NYS2d 400]

Plaintiff negotiated an arm's length commercial contract with defendant Morgan Stanley Altabridge to purchase defendants' financial risk associated with a third-party security transaction. Plaintiff has made no showing that any of these defendants had a "special relationship" with plaintiff (*cf. Kimmell v Schaefer*, 89 NY2d 257 [1996]).

We have reviewed plaintiff's remaining arguments and find them unavailing. Concur—Andrias, J.P., Friedman, Acosta, DeGrasse and Román, JJ.